UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN J. SPENCER,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFERY BEARD, Director, CDCR; *et al*,<br><br>    Defendants. | Case No. 1:14-cv-01940-RRB<br><br>**DISMISSAL ORDER** |

Plaintiff Nathan J. Spencer, a California state prisoner appearing *pro se* and *in forma pauperis*, brought this civil rights action under 42 U.S.C. § 1983 against various officials of the California Department of Corrections and Rehabilitation. In screening the Complaint the Court allowed Spencer to proceed against Correctional Officers Ha and A. Solis, and directed Spencer to complete and return the service documents on or before October 9, 2015.[1] The Court further warned Spencer that the failure to comply with the Order could result in dismissal of this action without further notice to him. To date Spencer has not complied with the Court's Order.

This Court may dismiss for failure to prosecute or failure to comply with a court order or rule *sua sponte*.[2] In so doing, this Court must weigh five factors: (1) the public's interest

---

[1] Docket 9.

[2] Fed. R. Civ. P. 41(b); *see Hells Canyon Preservation Council v. U. S. Forest Serv.* 403 F.3d 683, 689 (9th Cir. 2005); *Yourish v. California Amplifier*, 191 F.3d 983, 986–87
(continued...)

in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits.[3]  In this case, weighing those factors to the extent that they may be applicable, the Court concludes that dismissal without prejudice presents a proper balance among the five factors.

**IT IS THEREFORE ORDERED** that the Complaint on filed herein is hereby **DISMISSED** without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED** this 10th day of November, 2015.

                                          S/ RALPH R. BEISTLINE
                                          UNITED STATES DISTRICT JUDGE

---

[2](...continued)
(9th Cir. 1999).

[3] *See Pagtalunan v. Galaza*, 291 F.2d 639, 642 (9th Cir. 2002).

DISMISSAL ORDER
*Spencer v. Beard* – 1:14-cv-01940-RRB – 2